IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA FRANKLIN,<br><br>    Plaintiff,<br><br>vs.<br><br>SAM'S FOOD & LIQUOR,  TURNER PARK NORTH, LLC,  LUND COMPANY INVESTMENTS, INC., AND  DOES 1-5,<br><br>    Defendants. | 8:16CV394<br><br>ORDER |

This matter is before the court on Plaintiff's unopposed motion for dismissal without prejudice. Filing No. 19.  The motion will be granted.

IT IS ORDERED that

1. Plaintiff's unopposed motion for dismissal without prejudice, Filing No. 19, is granted.

2. The claims asserted between the parties are dismissed in their entirety without prejudice.

3. The parties shall bear their own costs and fees with respect to those claims.

Dated this 1st day of November, 2016

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge